DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br><br>Defendant | Criminal No.<br><br><br>**SENTENCING SUBMISSION NOTICE**<br>**OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant _____ .

Date: _____

PHILIP R. SELLINGER
United States Attorney

By: _____
Assistant U.S. Attorney