UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | Crim. No. 21-449 (RMB) |
| v. | SENTENCING SUBMISSION NOTICE OF DEFENDANT |
| EDUARDO SILVA | |

Please be advised that, on this date, counsel for defendant, Eduardo Silva submitted sentencing materials to the court regarding this matter.

Date: April 18, 2022             By:     s/ Brian P. Reilly
                                          Assistant Federal Public Defender